## Logan & Lowry, LLP

THOMAS J. McGEADY
MARK W. CURNUTTE
LEONARD M. LOGAN, IV
DONNA L. SMITH
ROBERT ALAN RUSH
DAVID E. JONES
TODD E. KOLCZUN
MICHAEL T. TORRONE
JOHN P. SEIDENBERGER
RYAN H. OLSEN
QUINN STINE
NATHAN M. BLOOMER

OF COUNSEL
RICHARD W. LOWRY
O. B. JOHNSTON, III

LAW OFFICES
101 SOUTH WILSON STREET
P. O. BOX 558
VINITA, OKLAHOMA 74301-0558
TELEPHONE (918) 256-7511
FAX (918) 256-3187

GROVE
102 EAST 3RD STREET
P. O. BOX 452469
GROVE, OK 74345-2469
TELEPHONE (918) 786-7511
FAX (918) 786-6887

J. DUKE LOGAN (1931-2012)
CHARLES E. WEST (1947-2014)

April 29, 2015

### *Via Fax (918) 295-7800 and U.S. Mail*

Jason Rush, Esquire
Grant A. Fitz, Esquire
RODOLF & TODD
2000 Mid-Continent Tower
401 South Boston Ave.
Tulsa, OK 74103

> Re: *Frances Harvey, Administratrix of the Estate of Earlene Frances Harvey, deceased v. Dr. Luis V. Gorospe; Wagoner Hospital Authority, d/b/a Wagoner Community Hospital; Quorum Health Resources, LLC; Jane Does I-X; and John Does I-X; in the United States District Court for the Eastern District of Oklahoma; Case No. 6:14-CV-00219-SPS*

Dear Counsel:

We would like to schedule the deposition of the corporate representative or corporate representatives of Wagoner Community Hospital. The following are the subjects on which we will need Wagoner Community Hospital to designate its corporate representative(s):

1. The recommendations made and actions taken as a result of any peer review process utilized by Wagoner Community Hospital regarding Luis V. Gorospe, M.D. ("Dr. Gorospe") prior to the date of the alleged negligence.

2. The credentialing of physicians, including Dr. Gorospe, for the conduct of bariatric surgeries, including Roux-En-Y Gastric Bypass surgery.

3. The equipment and facilities utilized or available at Wagoner Community Hospital for bariatric surgeries, including Roux-En-Y Gastric Bypass surgery and the capabilities to conduct flexible upper endoscopies.



EXHIBIT
A

Page 2

4.      The training of nurses or other hospital staff in bariatric surgeries and
        recognizing and treating complications from bariatric surgeries.

5.      The history of Dr. Gorospe, including any medical malpractice actions or
        allegations involving Dr. Gorospe.

6.      The qualifications or accreditation of Wagoner Community Hospital
        concerning bariatric surgeries.

7.      The investigation and results of any investigation respecting the competence
        of Dr. Gorospe before he was granted staff privileges.

8.      The numbers and outcomes of bariatric surgeries, including Roux-En-Y
        Gastric Bypass surgeries at Wagoner Community Hospital.

9.      Any instances of misconduct by Dr. Gorospe or behavior that was questioned
        by Wagoner Community Hospital.

10.     All efforts undertaken by Wagoner Community Hospital to monitor the
        performance of Dr. Gorospe.

11.     Any examples or instances of incompetent behavior by Dr. Gorospe.

12.     Any reports of any staff, independent contractors, employees, or patients of
        Wagoner Community Hospital respecting Dr. Gorospe.

13.     The doctors and qualifications of doctors cross-covering Dr. Gorospe's
        bariatric surgery patients.

14.     Any consultations with Quorum Health Resources LLC regarding bariatric
        surgery credentialing.

We would like to schedule the deposition(s) within the next two or three weeks. I would
appreciate it if you would let me know dates the corporate representative can be made available in
that time frame. If I do not hear from you, I will simply pick a date and issue a Rule 30(b)(6) notice.

Sincerely,

Robert Alan Rush
For the Firm

RAR/rlw

04/29/2015 15:01 FAX  1 918 256 3187      LOGAN&LOWRY                    004/004

Page 3


cc:     Tim Best, Esquire
        Ben Reed, Esquire
        BEST & SHARP
        Williams Tower 1
        1 West Third Street, Suite 900
        Tulsa, OK 74103
        *Via Fax – (918) 585-9447* and U.S. Mail