# Grant Fitz

| | |
|---|---|
| **From:** | Robert Rush <rrush@loganlowry.com> |
| **Sent:** | Thursday, May 21, 2015 3:42 PM |
| **To:** | Grant Fitz |
| **Cc:** | attysatlaw@aol.com |
| **Subject:** | RE: Harvey |

Yes. The extension you are requesting is past various deadlines including the deadline for witness and exhibit lists and expert reports. I need to get Wagoner Hospital's deposition completed on the date we agreed.

-----Original Message-----
From: Grant Fitz [mailto:Grant@rodolftodd.com]
Sent: Thursday, May 21, 2015 3:07 PM
To: Robert Rush
Cc: attysatlaw@aol.com; Stacy Smith; Beth Meeker
Subject: Re: Harvey

Your original deposition scheduling of May 19 was done without discussion with our office. Once I learned of this date I asked that we continue the deposition because I was already scheduled for depositions on other cases May 19. Unfortunately, my depositions this week have prevented me from having the meaningful meetings I need to have to present someone to address your topics next week. Hence, next week won't work. I'm simply asking that we move the depositions one week to either June 4 or June 5.
Are you still going to stand firm on a one week extension?

> On May 21, 2015, at 2:57 PM, Robert Rush <rrush@loganlowry.com> wrote:
>
> Grant
>
> I cannot put it off again. I sent the letter requesting the Rule 30(b)(6) deposition and designation on April 29, 2015. I faxed the first Rule 30(b)(6) notice scheduling the deposition on May 7, which scheduled the deposition for May 19. You asked that I postpone the deposition until May 27 and told me you were meeting with Hospital personnel that week and I agreed. Now you are saying the later date which you offered and I agreed to won't work and you are still trying to identify the corporate representative we asked for almost a full month ago.
>
> We need to proceed on the 27th the date you asked me to put it off to. I cannot agree to put it off a second time to the week of June 1.
>
> Bob
>
> -----Original Message-----
> From: Grant Fitz [mailto:Grant@rodolftodd.com]
> Sent: Thursday, May 21, 2015 2:09 PM
> To: Robert Rush
> Subject: Re: Harvey
>
> Well, that's part of the problem. I'm not exactly sure who I can present and whether they will be available yet because of how the schedules have worked out. It's been busy here. If you could agree to the week of June 1, I feel more confident giving you an answer. I can be available June 4 or 5. Please let me know. Thanks.
>

**EXHIBIT E**

\>> On May 21, 2015, at 1:25 PM, Robert Rush <rrush@loganlowry.com> wrote:
\>>
\>> Grant
\>>
\>> Please identify who the corporate representative on each subject of the Notice. We do need to proceed with the deposition as scheduled due to the various deadlines in place. If we are looking at more than one deposition we may need to set another day, but I need to get the one with the most information done as scheduled.
\>>
\>> In that regard, please let me know whether you want to do it in Wagoner or in my office.
\>>
\>> Bob
\>>
\>> -----Original Message-----
\>> From: Grant Fitz [mailto:Grant@rodolftodd.com]
\>> Sent: Thursday, May 21, 2015 1:16 PM
\>> To: Robert Rush (rrush@loganlowry.com)
\>> Cc: Stacy Smith; Beth Meeker
\>> Subject: Harvey
\>>
\>> Bob,
\>> I have been stuck in depositions non-stop and just had a break and wanted to reach out about next week.
\>> The scope of your subpoena encompasses more than just credentialing and can't be handled by one person. Additionally, we have Judge White reviewing in camera the privileged documents from the credentialing file privilege log. Therefore, how do you want to handle next week? I would prefer to see how Judge White rules so we don't produce someone twice. I will be back in the office tomorrow and can discuss if you're available. Let me know.
\>
\>
\>

2