## Robert Rush

**From:** Grant Fitz <Grant@rodolftodd.com>
**Sent:** Wednesday, May 13, 2015 9:15 AM
**To:** Robert Rush
**Cc:** Stacy Smith
**Subject:** Re: Harvey deposition

Ha. I guess that's why it was open on my calendar.
Ill let you know once I meet with people today who the designee is and the location. I'll get back with you.

On May 13, 2015, at 9:07 AM, Robert Rush <rrush@loganlowry.com> wrote:

> Grant
>
> The 25th is Memorial Day. I doubt you will get any volunteers to sit for a deposition. The 27th works for me. Let's get it set on the 27th. Do you want to do the deposition at Wagoner Hospital?
>
> Also, please let me know who will be designated.
>
> Bob
>
> **From:** Grant Fitz [mailto:Grant@rodolftodd.com]
> **Sent:** Wednesday, May 13, 2015 8:39 AM
> **To:** Robert Rush
> **Subject:** RE: Harvey deposition
>
> I can't do any of those dates…next week is a complete mess.
>
> I am available the 25, 26, 27, 29. Any of those work?
>
> *Grant A. Fitz*
> Rodolf & Todd, P.L.L.C.
> 2000 Mid-Continent Tower
> 401 S. Boston Ave.
> Tulsa, OK 74103
> Phone 918-295-2100
> Fax 918-295-7800
>
> **From:** Robert Rush [mailto:rrush@loganlowry.com]
> **Sent:** Wednesday, May 13, 2015 8:35 AM
> **To:** Grant Fitz
> **Subject:** RE: Harvey deposition
>
> Grant
>
> Let's see what dates we can get. I can do it the 15th, 18th or the 20th.
>
> Bob
>
> **From:** Grant Fitz [mailto:Grant@rodolftodd.com]
> **Sent:** Wednesday, May 13, 2015 8:33 AM
> **To:** Robert Rush; Jason Rush

1



EXHIBIT "A"

**Cc:** Stacy Smith; Beth Meeker
**Subject:** RE: Harvey deposition

Mr. Rush,

As you may know, Jason is currently preparing for a jury trial and I will be the one to present a corporate representative to address your subpoena regarding Dr. Gorospe's credentialing file.

I currently have 3 nurse depositions on another case scheduled on May 19th, which have been scheduled for a while...therefore, May 19th does not work for me. This morning I have a meeting at Wagoner and will be talking with them about possible dates. Can we agree to strike the May 19th date...and I will get you new dates once I'm done with my meeting today?

Just let me know. Thanks.

**Grant A. Fitz**
Rodolf & Todd, P.L.L.C.
2000 Mid-Continent Tower
401 S. Boston Ave.
Tulsa, OK 74103
Phone 918-295-2100
Fax 918-295-7800